# United States District Court

_____ DISTRICT OF ___MASSACHUSETTS_____

UNITED STATES OF AMERICA
V.
BENJAMIN ORLALE
89 Center St, #2
Methuen, MA
and Kenya

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 03mj 0468 RBC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 2, 2003__ in _____Essex_____ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

Move and travel in interstate and foreign commerce with intent to avoid prosecution, custody and confinement under the laws of the Commonwealth of Massachusetts for the crimes of Rape of a Child with Force, in violation of Mass. Gen. L. c. 265, Section 22A; Indecent Assault and Battery on Person 14 or Over, in violation of Mass. Gen. L. c. 265, Section 13H, which crimes are felonies under the laws of the Commonwealth of Massachusetts, from which BENJAMIN ORLALE has fled.

in violation of Title ___18___ United States Code, Section(s) ___1073___.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following
                                   Official Title
facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

Signature of Complainant
LAURENCE A. TRAVAGLIA
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

NOV 20 2003
__November__, 2003 at 12:54 pm at Boston, Massachusetts
Date                                                    City and State
ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE

Name & Title of Judicial Officer        Signature of Judicial Officer

DISTRICT OF MASSACHUSETTS

BOSTON, MASSACHUSETTS

<u>AFFIDAVIT</u>

I, Laurence A. Travaglia, Special Agent, Federal Bureau of Investigation (FBI), being duly sworn upon my oath, depose and state the following:

1. I have been a Special Agent for approximately 13 years, assigned to the Boston Division of the FBI.

2. The Essex County District Attorney's Office has requested the assistance of the FBI in the location and apprehension of BENJAMIN ORLALE, date of birth: August 14, 1966, social security number: 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.

3. I have conducted an investigation and determined the following:

a. On September 2, 2003, BENJAMIN ORLALE was charged with the crimes of RAPE OF A CHILD WITH FORCE in violation of Massachusetts General Law, Chapter 265, Section 22A and INDECENT A&B ON A PERSON 14 OR OVER in violation of Massachusetts General Law, Chapter 265, Section 13H;

b. The crime of RAPE OF A CHILD WITH FORCE is a felony offense punishable by a maximum penalty of Life imprisonment. The crime of INDECENT A&B ON A PERSON 14 OR OVER is a felony offense punishable by a maximum penalty of five years imprisonment;

1

  c. On November 5, 2003, a warrant was issued by the Lawrence, Massachusetts District Court for the arrest of BENJAMIN ORLALE;

  d. Law enforcement efforts to locate BENJAMIN ORLALE within the Commonwealth of Massachusetts since that date have been unsuccessful;

  4. Following a diligent investigation by local, state and federal authorities, it has been determined that BENJAMIN ORLALE is no longer residing in the Commonwealth of Massachusetts;

  5. As a result of investigation by law enforcement authorities, it is believed that BENJAMIN ORLALE has fled to his native homeland of Kenya;

  6. Assistant District attorney JOHN T. DAWLEY has informed me that the Essex District Attorney will rendite BENJAMIN ORLALE if he is apprehended in the United States or abroad;

  7. Attached hereto and made part hereof are copies of the criminal complaint and warrant for arrest issued by the Lawrence District Court for the apprehension of BENJAMIN ORLALE;

  8. Based upon the foregoing and upon my training as a Special Agent of the FBI, there is probable cause to believe that BENJAMIN ORLALE has fled the Commonwealth of Massachusetts and that he may be present in Kenya.

```
                                    _____
                                    LAURENCE A. TRAVAGLIA
                                    Special Agent
                                    Federal Bureau of Investigation


        Subscribed and sworn to before me NOV 20 2003 of
November, 2003.


                                    _____
                                    ROBERT B. COLLINGS
                                    United States Magistrate Judge
```

3



THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE
DISTRICT ATTORNEY FOR THE ESSEX DISTRICT
SALEM    NEWBURYPORT    LAWRENCE

**JONATHAN W. BLODGETT**
District Attorney

Museum Place
Two East India Square
Salem, Massachusetts 01970

TELEPHONE
SALEM  (978)745-6610
FAX    (978)741-4971
TTY    (978)741-3163

November 18, 2003

Honorable Michael Sullivan
United States Attorney
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02110

RE: <u>Benjamin Orlale</u>

Dear Mr. Sullivan:

There is presently pending before the Lawrence District Court the case of <u>Commonwealth v. Benjamin Orlale</u> complaint #0318CR005810. A copy of the arrest warrant is enclosed.

The above complaint was issued on September 2, 2003, and the arrest warrant on November 5, 2003. He is charged with Rape of a Child with Force. This crime is a felony in violation of M.G.L. Ch. 265, Sec. 27A.

As a result of information received, it was ascertained that Benjamin Orlale has fled this Commonwealth and may presently be in Kenya. I respectfully request that a federal flight warrant be issued to assist in his apprehension.

The following information pertains to the above-named subject:
- D.O.B. 8-14-66
- Place of Birth – Kenya
- Black male
- Height 5'11"
- Weight 240 lbs
- Brown eyes
- SS# 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
- Passport# A50032B
- Massachusetts Drivers License# S18790770

    My office agrees to rendite Mr. Orlalo, and pay all associated costs for his return, when he is apprehended.

Very truly yours,

*[signature]*

John T. Dawley<br>
First Assistant District Attorney

JTD/ahr

Enclosure

| CRIMINAL DOCKET | 0318 CR 5810 | Bopper Bougioui/CPCS Cahill |
|---|---|---|

COURT DIVISION: LAWRENCE
Interpreter Required (language):

NAME, ADDRESS AND ZIP CODE OF DEFENDANT:
BENJAMIN
Benjamin O. Orlale
89 Center St. apt.2
Methuen, MA 01844

DATE & JUDGE:
9-203 Juvesits
9-203 Juvesits
9-203 Juvesits
9-2

DOCKET ENTRY:
- ☑ Attorney appointed (SJC R. 3.10)
- ☐ Atty denied & Deft advised per 211D §2A
- ☐ Waiver of counsel found after colloquy
- Terms of release set: 10,000 Surety / 1,000 cash
  - ☐ PR ☑ Bail
  - ☐ Held (276 §58A)
  - ☐ See back for special conditions
- Arraigned and advised: STAY AWAY
- ☑ Potential of bail revocation (276 §58)
- ☑ Right to bail review (276 §58)
- ☐ Right to drug exam (111E §10)
- Advised of right to jury trial
  - ☐ Does not waive
  - ☐ Waiver of jury trial found after colloquy
- Advised of trial rights as pro se (Supp.R. 4)
- Advised of right of appeal to Appeals Ct (R. 28)

DEFT. DOB AND SEX: 8/14/66 male
OFFENSE CODE(S): 635, 610
DATE OF OFFENSE(S): 9/2/03
PLACE OF OFFENSE(S): Methuen
COMPLAINANT: Gary Cloutier for Off. Aaron Little
POLICE DEPARTMENT: Methuen
DATE OF COMPLAINT: 9/2/03
RETURN DATE AND TIME: 9/2/03

**Count a. RAPE OF CHILD W FORCE c265 s22A**

**Count b. INDECENT A&B ON PERSON 14 OR OVER c265 s13H**

COURT ADDRESS:
2 Appleton Street
Lawrence, Ma. 01840-1525

A TRUE COPY ATTEST  X

## SCHEDULING HISTORY

STAY AWAY

| NO | SCHEDULED DATE | SCHEDULED EVENT | RESULT | | | JUDGE | TAPE NO | START | STOP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 9.2.03 | ARR | Held | Bail 10,000 surety 1000 cash | | Jurasits | | | |
| 2 | 9.5.03 | STATUS/ARR | CPCS | Bail stands | | Swan | | | |
| 3 | 10.3.03 | PC | Held | reduced $500 cash | | Brennan, R. | | | |
| 4 | 11.5.03 | PC | Held | Cont'd | | | | | |
| 5 | | | Held | Cont'd | | | | | |
| 6 | | | Held | Cont'd | | | | | |
| 7 | | | Held | Cont'd | | | | | |
| 8 | | | Held | Cont'd | | | | | |
| 9 | | | Held | Cont'd | | | | | |
| 10 | | | Held | Cont'd | | | | | |

ARR=Arraignment   PT= Pretrial hearing   CE = Discovery compliance & jury election   T= Bench trial   J = Jury trial   PC = Probable cause hearing   M = Motion hearing   SR = Status review
SRP = Status review of payments   FA = First appearance in jury session   S = Sentencing   CWF = Continuance without finding scheduled to terminate   P = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PR = Probation revocation hearing

## OTHER DOCKET ENTRIES

| ENTRY DATE | |
|---|---|
| 10.10.03 | Court allows Return of $500°° cash Bail to surety Remainder of $500°° cash Bail to stand   Jurasits |
| 10/10/03 | check #6219 - $500 bail returned |
| 11.5.03 | DEFAULTED nc Bail ↔11-4-03  BKOT 145-03  CT orders bail forfeited, subject to hearing [illegible] |

## ADDITIONAL ASSESSMENTS IMPOSED OR WAIVED

| DATE IMPOSED & JUDGE | TYPE OF ASSESSMENT | AMOUNT | DUE DATES & COMMENTS | WAIVED |
|---|---|---|---|---|
| 9.2.03 Jurasits | Legal Counsel Fee (211D §2A ¶2) | 150°° | | |
| | Legal Counsel Contribution (211D §2) | | | |
| | Court Costs (280 §6) | | | |
| | Drug Analysis Fee (280 §6B) | | | |
| | OUI §24D Fee (90 §24D ¶9) | | | |
| | OUI Head Injury Surfine (90 §24[1][e][1] ¶2) | | | |
| | Probation Supervision Fee (276 §87A) | | | |
| 11.5.03 [illegible] | Default Warrant Assessment Fee (276 §30 ¶2) | 50°° | | |
| | Default Warrant Removal Fee (276 §30 ¶1) | | | |

# CRIMINAL DOCKET

**DOCKET NO.** 0318 CR 7230

**ATTORNEY NAME:**

☐ Interpreter Required (language)

**COURT DIVISION**
LAWRENCE

**NAME, ADDRESS AND ZIP CODE OF DEFENDANT**
Benjamin O. Orble
89 Center St.  apt.2
Methuen, MA 01844

**DEFT DOB AND SEX**
8/14/66  male

**OFFENSE CODE(S)**
311, 311, 900

**DATE OF OFFENSE(S)**
10/09/03

**PLACE OF OFFENSE(S)**
Methuen

**COMPLAINANT**
Off. Derek Licata

**POLICE DEPARTMENT** (if applicable)
Methuen

**DATE OF COMPLAINT**
11/7/03

**RETURN DATE AND TIME**
WARRANT

**DATE & JUDGE** | **DOCKET ENTRY**

☐ Attorney appointed (SJC R 3:10)
☐ Atty denied & Deft advised per 211D §2A
☐ Waiver of counsel found after colloquy
Terms of release set:
  ☐ PR ☐ Bail
  ☐ Held (276 §58A)
  ☐ See back for special conditions
Arraigned and advised:
  ☐ Potential of bail revocation (276 §58)
  ☐ Right to bail review (276 §58)
  ☐ Right to drug exam (111E §10)
Advised of right to jury trial
  ☐ Does not waive
  ☐ Waiver of jury trial found after colloquy
Advised of trial rights as pro se (Supp R. 4)
Advised of right of appeal to Appeals Ct (R. 28)

---

**COUNT-OFFENSE**
a. LARCENY OF PROPERTY, $250 OR LESS c266 s30

FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT
☐ WAIVED

**SENTENCE OR OTHER DISPOSITION**
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation    ☐ Pretrial probation (276 §87) - until:
☐ To be dismissed upon payment of court costs/ restitution
☐ Dismissed upon:  ☐ Request of Comm.  ☐ Request of victim
     ☐ Request of Deft     ☐ Failure to prosecute   ☐ Other:
☐ Filed with Deft's consent   ☐ Nolle Prosequi   ☐ Decriminalized (277 §70C)

**FINAL DISPOSITION**
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated; defendant discharged

---

**COUNT-OFFENSE**
b. LARCENY OF PROPERTY, $250 OR LESS c266 s30

☐ WAIVED

(same disposition fields)

---

**COUNT-OFFENSE**
c. IDENTITY FRAUD c266 S.37E

☐ WAIVED

(same disposition fields)

---

(fourth count block - blank)

ADDITIONAL COUNTS ATTACHED

A TRUE COPY  X    CLERK-MAGISTRATE/ASST CLERK    (ON DATE)

COURT ADDRESS

## SCHEDULING HISTORY

| NO | SCHEDULED DATE | SCHEDULED EVENT | RESULT | | JUDGE | TAPE NO | START | STOP |
|---|---|---|---|---|---|---|---|---|
| 1 | | | Held | Cont'd | | | | |
| 2 | | | Held | Cont'd | | | | |
| 3 | | | Held | Cont'd | | | | |
| 4 | | | Held | Cont'd | | | | |
| 5 | | | Held | Cont'd | | | | |
| 6 | | | Held | Cont'd | | | | |
| 7 | | | Held | Cont'd | | | | |
| 8 | | | Held | Cont'd | | | | |
| 9 | | | Held | Cont'd | | | | |
| 10 | | | Held | Cont'd | | | | |

ARR=Arraignment   PT= Pretrial hearing   CE – Discovery compliance & jury election   T– Bench trial   J – Jury trial   PC – Probable cause hearing   M – Motion hearing   SR – Status review
SRP – Status review of payments   FA – First appearance in jury session   S – Sentencing   CW – Continuance-without-finding scheduled to terminate   P – Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR – Warrant issued   WARD = Default warrant issued   WR – Warrant or default warrant recalled   PR – Probation revocation hearing

## OTHER DOCKET ENTRIES

| ENTRY DATE | |
|---|---|
| AS 11-7-03 | |
| 11-7-03 | Warrant |

## ADDITIONAL ASSESSMENTS IMPOSED OR WAIVED

| DATE IMPOSED & JUDGE | TYPE OF ASSESSMENT | AMOUNT | DUE DATES & COMMENTS | WAIVED |
|---|---|---|---|---|
| | Legal Counsel Fee (211D §2A ¶2) | | | |
| | Legal Counsel Contribution (211D §2) | | | |
| | Court Costs (280 §6) | | | |
| | Drug Analysis Fee (280 §6B) | | | |
| | OUI §24D Fee (90 §24D ¶9) | | | |
| | OUI Head Injury Surfine (90 §24(1)(a)(1) ¶2) | | | |
| | Probation Supervision Fee (276 §87A) | | | |
| | Default Warrant Assessment Fee (276 §30 ¶2) | | | |
| | Default Warrant Removal Fee (276 §30 ¶1) | | | |

| APPLICATION FOR COMPLAINT | NUMBER | | | Trial Court of Massachusetts District Court Department |
|---|---|---|---|---|
| ☒ ADULT  ☐ JUVENILE | | | | COURT DIVISION |

☐ ARREST    ☐ HEARING    ☐ SUMMONS    ☐ WARRANT

THE WITHIN NAMED COMPLAINANT REQUESTS THAT A COMPLAINT ISSUE AGAINST THE WITHIN NAMED DEFENDANT, CHARGING SAID DEFENDANT WITH THE OFFENSE(S) LISTED BELOW.

LAWRENCE DISTRICT COURT
2 APPLETON STREET
LAWRENCE, MA 01840

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 09/16/03 | 09/04/03 | METHUEN |

NAME OF COMPLAINANT: OFF AARON M LITTLE
ADDRESS AND ZIP CODE OF COMPLAINANT:
90 HAMPSHIRE STREET
METHUEN, MA 01844

NAME, ADDRESS, AND ZIP CODE OF DEFENDANT:
ORLALE, BENJAMIN O
80 CENTER ST apt 2
METHUEN, MA 01844

| NO. | OFFENSE | | G.L. AND SEC. |
|---|---|---|---|
| 1 | 525 | RAPE OF CHILD W/ FRC | 265-22A |
| 2 | 510 | IND A&B PERSON 14 OR OVER | 265-13H |
| 3 | | | |
| 4 | | | |

COURT USE ONLY: A hearing upon this complaint application will be held at the above court address on

DATE OF HEARING: _____ AT _____ TIME OF HEARING: COURT USE ONLY

### CASE PARTICULARS — BE SPECIFIC

| NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed | VALUE OR PROPERTY Over or under $250 | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|
| FEMALE JUVENILE | | | |

Weed & Seed Grant Area
**COMMUNITY PROSECUTIONS**

OTHER REMARKS:
AS THE RESULT OF THE VICTIM REPORTING BEING RAPED, AND SUBSEQUENT INVESTIGATION, ABOVE ARRESTED.

SIGNATURE OF COMPLAINANT

### DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known

| DATE OF BIRTH | PLACE OF BIRTH | SOC. SECURITY NO. | Sex | Race | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| 08/14/66 | AFRICA | | M | B | 511 | 240 | BRN | BLK |

| OCCUPATION | EMPLOYER/SCHOOL | MOTHER'S NAME (MAIDEN) | FATHER'S NAME |
|---|---|---|---|
| | HOLY FAMILY | MARY ADKO | DAVID |

### COURT USE ONLY

| DATE | DISPOSITION | AUTHORIZED BY |
|---|---|---|
| | NO PROCESS TO ISSUE<br>☐ At request of complainant<br>☐ Complainant failed to prosecute<br>☐ Insufficient evidence having been presented | |
| | PROCESS TO ISSUE<br>☐ Sufficient evidence presented<br>☐ Defendant failed to appear | TYPE OF PROCESS<br>☐ Warrant<br>☐ Summons returnable _____ |
| | ☐ Continued to _____ | |

COMMENTS: