UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN -9 A 10: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES ) | |
| ) | Magistrate Judge No. 03-M-0468 |
| v. ) | |
| ) | |
| BENJAMIN ORLALE ) | |

DISMISSAL OF COMPLAINT

The United States, by and through United States Attorney, Michael J. Sullivan, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, dismisses the Complaint filed November 20, 2003, charging Unlawful Flight To Avoid Prosecution in violation of Title 18, United States Code, Section 1073, for the reason that the defendant was arrested in Nairobi, Kenya in November 2003 and extradited to the United States on May 15, 2004. The defendant is in the custody of Massachusetts state authorities, the Essex County Sheriff's Department, as of May 20, 2004, and for the reason that further prosecution for this federal violation is not in the interests of justice.

Respectfully submitted this 9th day of June 2004.

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JAMES B. FARMER
Chief, Criminal Division
VICTOR A. WILD
Assistant U.S. Attorney

Leave To File Granted,
This _____ day of June 2004.

_____
ROBERT B. COLLINGS
United States Magistrate Judge



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No. 88A-BS-92904

Boston, MA 02108
June 8, 2004

Honorable Michael J. Sullivan
United States Attorney
District of Massachusetts
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210

Attention:   Victor Wild
             Assistant United States Attorney

Dear Mr. Sullivan:

    For information of the United States Attorney's Office, District of Massachusetts, Benjamin Orlale was arrested in Nairobi, Kenya in November of 2003 and was extradited to the United States on May 15, 2004. Orlale is currently in the custody of the Essex County Sheriff's Department. On May 20, 2004, writer received a facsimile from the Essex County District Attorney's Office confirming that Orlale was in fact in state custody.

    Inasmuch as Orlale is in state custody, the Boston Division of the Federal Bureau of Investigation (FBI) formally requests that the outstanding UFAP Complaint against Orlale, be dismissed.

    If you have any questions concerning this matter, please feel free to contact Special Agent (SA) Laurence A. Travaglia at (978) 275-0407.

    Thank you for your assistance in this matter.

Sincerely,

Kenneth W. Kaiser
Special Agent in Charge

By: *[signature]*

Pamela L. Swanson
Supervisory Special Agent

1-88A-BS-92904